UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Cameron Wiegand,<br><br>        Plaintiff<br><br>v.<br><br>State Farm Mutual Automobile Insurance Company,<br><br>        Defendant | Case No.: 2:24-cv-01935-JAD-DJA<br><br>**Remand Order**<br><br>[ECF No. 9] |

Plaintiff Cameron Wiegand filed this bad-faith insurance-practices lawsuit based entirely on state-law claims in Nevada state court. Defendant State Farm Mutual Automobile Insurance Company removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction and that the removal was tardy, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 9] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 11, Case No. A-24-898186-C,** and CLOSE THIS CASE.

- There are no other motions pending in this federal action, so **this case returns to state court with no motions pending.**

---

[1] ECF No. 1.
[2] ECF Nos. 9, 15.

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: December 30, 2024

_____
U.S. District Judge Jennifer A. Dorsey